of the Delaware & Hudson Canal Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KELLEY, Appellant, v. ADAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceeding by the people of the state of New York, on the relation of Mary E. Kelley, against Richard H. Adams and others. A. S. Gilbert, for appellant. W. B. Crowell, for respondents. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. McCABE et al., Respondents, v. MATTHIES et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Proceeding by the people of the state of New York, on the relation of William F. McCabe and John Duffy, against Charles A. Matthies and others, as board of town auditors of the town of White Plains. No opinion. Reargument ordered, and case set down for the 12th day of January, 1904.

PEOPLE ex rel. McCAFFREY v. PARTRIDGE. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Proceeding by the people of the state of New York, on the relation of Daniel J. McCaffrey, against John N. Partridge. J. Rouss, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. McMANUS v. GREENE. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York, on the relation of Michael J. McManus, against Francis V. Greene. H. Ringrose, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MADDEN v. PARTRIDGE. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Proceeding by the people of the state of New York, on the relation of Joseph J. Madden, against John N. Partridge. No opinion. Motion granted.

PEOPLE ex rel. MULLER v. GREENE, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Proceeding by the people of the state of New York, on the relation of Charles J. Muller, against Francis V. Greene, police commissioner of the city of New York. No opinion. Determination confirmed, on the ground that the relator pleaded guilty to the charge of conduct unbecoming an officer, in that he made a false entry in his memorandum book, and it appears that a separate judgment of dismissal was pronounced upon that charge.

PEOPLE ex rel. NASSAU CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Proceeding by the people of the state of New York, on the relation of the Nassau Company, against Nathan L. Miller, as Comptroller of the state of New York. No opinion. Determination of the Comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. REILLY v. GREENE. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceeding by the people of the state of New York, on the relation of John P. Reilly, against Francis V. Greene. P. Carpenter, for relator. W. B. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. ROBINSON, Appellant, v. STURGIS, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceeding by the people of the state of New York, on the relation of Archibald Robinson, against Thomas Sturgis. A. J. Griffin, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SMITH, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Proceeding by the people of the state of New York, on the relation of Elizabeth Smith, against Charles Smith and others.

PER CURIAM. Order modified, by adding thereto, "unless or until a guardian of the person of said Helen M. Smith shall be appointed by the Surrogate's Court of Albany county on her petition, in which case this order shall not be operative," and, as so modified, affirmed, without costs.

CHESTER, J., dissents.

PEOPLE ex rel. STEARNS et al., Respondents, v. MARR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Proceeding by the people of the state of New York, on the relation of Edward C. Stearns and others against William Marr and others.

PER CURIAM. Motion for leave to appeal to Court of Appeals denied, upon the ground that the appeal to this court only presented a question of fact.

HISCOCK, J., dissents, upon the ground that defendants should be permitted to review in the Court of Appeals the question whether, as a matter of law, the facts appearing authorized the making of the orders in question.

PEOPLE ex rel. WESTERN ELECTRIC CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Proceeding by the people of the state of New York, on the relation of the Western Electric Company, against Nathan L. Miller, Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.